IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD KELVIN WESSINGER<br>Petitioner<br><br>vs.<br><br>DARREL VANNOY, Warden,<br>Louisiana State Penitentiary,<br>Angola, Louisiana,<br>Respondent | No. 3:04-cv-637<br><br>District Judge John W. deGravelles |

## NOTICE OF APPEAL

Respondent (the State) hereby gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit this Court's "Ruling and Order" (ECF No. 298), "Judgment" (ECF No. 299), and "Order" (ECF No. 313).

Dated: June 20, 2025

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

/s/ Morgan Brungard
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General
JOHN W. SINQUEFIELD (LA 12107)
Special Assistant Attorney General
Louisiana Department of Justice
Office of Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 999-6864
Email: BrungardM@ag.louisiana.gov

HILLAR C. MOORE, III
District Attorney
CHRISTOPHER J.M CASLER (LA 29549)
Assistant District Attorney
Nineteenth Judicial District

1

222 St. Louis Street, 5th Floor
Baton Rouge, LA 70802
Telephone: (225) 389-3453
Email: cris.casler@ebrda.org

*Counsel for the State of Louisiana*