The
United States Court of Appeals
for the Fifth Circuit

---

No. 25-70012

---

TODD KELVIN WESSINGER,

*PETITIONER - APPELLEE*,

v.

DARREL VANNOY, WARDEN, LOUISIANA STATE PENITENTIARY,

*RESPONDENT - APPELLANT*

---

# MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR REHEARING

NOW COMES Petitioner-Appellant Todd Kelvin Wessinger, through undersigned counsel, and moves this Honorable Court pursuant to Fifth Circuit Local Rule 27.1.1 for an additional fourteen (14) days to file his petition for panel rehearing and petition for rehearing en banc, which are currently due on September 1, 2026.[1] This request is not made for the purpose of delay. Undersigned counsel has contacted counsel for

[1] Mr. Wessinger additionally requests, in accordance with Federal Rule of Appellate Procedure 41, that the Court's mandate issue date be reset for September 21, 2026 upon grant of this motion and that, upon Mr. Wessinger's filing of a petition for rehearing, that the mandate issuance date be withheld pending resolution of that petition.

Respondent-Appellant Darrell Vannoy, who stated that he opposes the request.

In support of this request, Petitioner-Appellant submits that the following reasons provide good cause for an extension.

This is a capital case in which Mr. Wessinger was convicted of first-degree murder and sentenced to death. On December 20, 2022, the district court granted Mr. Wessinger relief on a claim of ineffective assistance of counsel during the penalty phase of his capital trial. On August 18, 2026, this Court reversed the district court's grant of habeas relief, finding that Section 2254(d) bars relief, and remanded with instructions for the district court to enter final judgment denying Mr. Wessinger's petition.

After reviewing the Court's opinion, counsel believes there are important issues to raise in a petition for rehearing en banc and/or in a petition for panel rehearing. However, due to conflicting obligations and due to the complex factual and legal nature of these proceedings, undersigned counsel requires the requested additional time to prepare the petitions.

Previous lead counsel, Rebecca Hudsmith, has retired from her position as Federal Defender and undersigned counsel is now acting as lead counsel in this capital case.[2] As the Federal Defender for the Middle and Western Districts of Louisiana, undersigned has ongoing administrative and supervisory duties in addition to time spent maintaining an active felony caseload. Undersigned is lead counsel on two capital trial cases pending in the Western District of Louisiana – *USA v. Frazier*, 26:cr-293 and *USA v. Kimbrough*, 26:cr-143 – and is actively investigating and preparing submissions to the Department of Justice in both cases that are due next month. In light of these significant obligations, undersigned requires the requested extension to adequately draft and prepare a petition in this case.

WHEREFORE, Petitioner-Appellant Todd Kelvin Wessinger respectfully requests that the deadline for his petition for panel rehearing and petition for rehearing en banc be extended an additional fourteen (14) days, resulting in new deadlines of September 15, 2026. Mr. Wessinger additionally requests, in accordance with Federal Rule of

[2] Ms. Hudsmith, who was lead counsel and argued the case before this Court, has retired from her previous position as Federal Defender and now has a limited role in these proceedings. Mr. Gisleson, who is acting in a *pro bono* capacity, has a similarly limited role.

Appellate Procedure 41, that the Court's mandate issue date be reset for September 21, 2026 upon grant of this motion and, upon Mr. Wessinger's filing of a petition for rehearing, that the mandate issuance date be withheld pending resolution of that petition.

Respectfully submitted,

***s/ Cristie Gautreaux Gibbens***
**CRISTIE GAUTREAUX GIBBENS**
Federal Public Defender for the
Middle and Western Districts of LA
102 Versailles Boulevard, Suite 816
Lafayette, Louisiana 70501
(337) 262-6336
Cristie_Gibbens@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been served by the 5th Circuit electronic filing system on the counsel for the Respondent-Appellant, on August 20, 2026.

***s/ Cristie Gautreaux Gibbens***
CRISTIE GAUTREAUX GIBBENS

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that:

1. This document complies with the word limit of Fed. R. App. P. 27(d)(1)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 840 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac in Times New Roman, 14-point font for text and 12-point font for footnotes.

3. This document complies with the privacy redaction requirement of Fed. R. App. P. 25(a)(5), 5th Cir. R. 25.2.13, and Fed. R. Crim. P. 49.1, because it has been redacted of personal data identifiers.

4. This electronic submission is an exact copy of the paper document, in compliance with 5th Cir. R. 25.2.1.

5. This document is free of viruses because it has been scanned for viruses with the most recent version of VirusTotal, in compliance with 5th Cir. ECF Filing Standard A(6).

Lafayette, Louisiana, August 20, 2026.

*s/ Cristie Gautreaux Gibbens*
CRISTIE GAUTREAUX GIBBENS